**Maria Del CARMEN MENDEZ,
Plaintiff, Appellant,**

v.

**Togo D. WEST, Jr., Acting Secretary
of Veterans Affairs, Defendant,
Appellee.**

No. 02–1223.

United States Court of Appeals,
First Circuit.

Feb. 13, 2003.

Maria Del Carmen Mendez on brief pro se.

H.S. Garcia, United States Attorney, Miguel A. Fernandez, Assistant U.S. Attorney, and Fidel A. Sevillano Del Rio, Assistant U.S. Attorney, on brief for appellee.

Before CYR, Senior Circuit Judge, LYNCH and LIPEZ, Circuit Judges.

PER CURIAM.

Appellant Maria Del Carmen Mendez, a nurse at a Veterans Administration health center in Puerto Rico, sued Togo D. West, Jr., the Acting Secretary of Veterans Affairs, claiming employment discrimination based on a mental disability. The district court granted the defendant's motion for summary judgment, and this appeal ensued. After carefully reviewing the record and the parties' briefs, we affirm the district court's judgment for essentially the reasons set out in that court's Opinion and Order, *Mendez v. West,* 177 F.Supp.2d 121 (D.P.R.2001), there being nothing to add to the discussion contained therein.

*Affirmed. See* Local Rule 27(c).